FILED
2005 Sep-08  AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

AHM/MSB: SEPT. 2005
GJ# 20

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. |
| | ) |
| BRADLEY MORGAN DAVIS | ) |

**INDICTMENT**

<u>COUNT ONE</u>:  (18 U.S.C. § 2252A(a)(1))

The Grand Jury charges:

That on or about the 23rd day of December, 2004, in Madison County, within the Northern District of Alabama, and elsewhere, the defendant,

BRADLEY MORGAN DAVIS,

did knowingly transport and ship in interstate and foreign commerce by computer, child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1).

A TRUE BILL

*/s/ Electronic Signature*

FOREMAN OF THE GRAND JURY

                                        ALICE H. MARTIN
                                        United States Attorney

                                        */s/ Electronic Signature*

                                        MARY STUART BURRELL
                                        Assistant United States Attorney